IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOEL ALONSO, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-214-A |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the agreed motion to remand, filed in the above-captioned action by plaintiffs, Joel Alonso and Maria Alonso, and defendant, Allstate Texas Lloyd's. Having considered the motion, the court concludes that it should be granted.

Therefore,

The court ORDERS that such motion be, and is hereby, granted and that the above-captioned action be, and is hereby, remanded to the state court from which it was removed.

SIGNED April 30, 2015.

/s/ JOHN MCBRYDE
United States District Judge