U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 3 0 2015
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOEL ALONSO, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-214-A |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT OF REMAND

Consistent with the order signed by the court in the above-captioned action on the date of the signing of this final judgment of remand,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, remanded to the state court from which it was removed.

SIGNED April 30, 2015.

_____
JOHN McBRYDE
United States District Judge