# United States District Court

Northern District of Texas

Karen Mitchell
Clerk of Court

Fort Worth Division

Apr 30, 2015

Clerk of Court
153rd Judicial District
401 W. Belknap St.
Fort Worth, Texas 76102

RE:   4:15-CV-214-A Alonso, et al. v. Allstate Texas Lloyds

      Style:   Tarrant County, Texas, 153rd Judicial District, 153-276847-15

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the        153rd Judicial District, Tarrant County, Texas       ,       153-276847-15 along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at  817-850-6617.

Sincerely,
Karen Mitchell, Clerk

By:  /s/M. Foley
        Deputy Clerk

Enclosure

cc: